UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGA INVESTMENT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REUBEN BERONILLA, et al.,<br><br>    Defendants. | Case No.  14-cv-01842-BLF<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 4 |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation Re: remanding the above-captioned case to Santa Clara County Superior Court and finding as moot Defendant's Motion to Proceed *in forma pauperis*. Neither party has filed an objection to Judge Lloyd's Report, filed on April 24, 2014. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the above-captioned case shall be REMANDED to Santa Clara County Superior Court, and Defendant's Motion to Proceed *in forma pauperis* is deemed MOOT.

Defendants are advised, pursuant to the Report, that any future attempt to remove this case to federal court, having already tried twice to do so unsuccessfully, may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 12, 2014

_____
BETH LABSON FREEMAN
United States District Judge